IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

TOMMY-JAMES C. RAVEN, III, )
)
        Petitioner, )
)
v. ) Case No. CIV-16-289-D
)
STATE OF OKLAHOMA, )
)
        Respondent. )

# **O R D E R**

Before the Court is Petitioner's Motion for Reconsideration [Doc. No. 20], filed August 8, 2016, pursuant to Fed. R. Civ. P. 60(d)(3). Petitioner, who appears *pro se*, seeks relief from the Judgment entered July 20, 2016, granted in favor of the State of Oklahoma in this civil rights action. Petitioner contends that relief under Rule 60(d)(3) is appropriate "to relieve a party from a judgment, order, or proceeding . . . , or to set aside a judgment for fraud upon the court." Motion [Doc. No. 20] at 2. Petitioner argues that the Court erred in adopting the Report and Recommendation [Doc. No. 16], finding that Petitioner sought to overturn his original state conviction, and denying his request for a writ of coram nobis. *See* Order [Doc. No. 18] at 2.

Upon consideration of the arguments presented, the Court finds that this Motion is Petitioner's latest attempt to challenge his state court conviction. As previously stated by this Court, "federal courts have no jurisdiction to issue writs of coram nobis with respect to state criminal judgments." Order [Doc. No. 18] at 2 (quoting R. & R. [Doc. No. 16] at 4); *see also Rawlins v. Kansas*, 714 F.3d 1189, 1196 (10th Cir. 2013).

IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration [Doc. No. 20] is DENIED.

IT IS SO ORDERED this 16th day of August, 2016.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE